Daxjel, J.
 

 The charge of the Judge was, as we understand it, unconformity to the prayer of the plaintiff’s counsel; and, received in that light, we think that it was erroneous. A power of attorney, or other authority, is in general revocable from its nature ; and the power of revoking an authority may be exercised at any moment before the actual execution of it.
 
 Puley on Agency,
 
 184,185. Even if it be true at law, that a power, which is part of a security for money, or coupled with an interest, cannot be revoked, yet the doctrine has no application to this case. The plaintiff, neither when the power was given to him, nor when the defendant contended that it was revoked, had any interest in the distributive share of the defendant. If he did the labor, he was then to be compensated as above mentioned ; but there was no obligation on the plaintiff to go to the West for the property, •and when the defendant insisted, that he had made the revocation, the plaintiff had never received any of the said property. We think that there must be a new trial.
 

 Pkr Curiam. Judgment reversed, and
 
 venire de novo.